# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM R. HOUSER,** | : | Case No. 5:04cv1655 |
| | : | |
| Petitioner, | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF OHIO,** | : | |
| | : | |
| Respondent. | : | |

Adam Houser has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. §2254, in which he challenges the constitutional sufficiency of his plea of guilty to one count of burglary.

Houser's petition was referred to a magistrate judge of this Court, pursuant to 28 U.S.C. §636 and Local Rule 72.2(b)(2). The magistrate judge issued a Report and Recommendation ("R&R") (Doc. #25) in which she recommended that Houser's petition be denied. Houser has not filed any objections to the R&R. Because the Court reaches the same conclusions as the magistrate judge, no further articulation of its reasoning is required. *Tuggle v. Seabold*, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the magistrate judge's R&R is **ADOPTED**, and Houser's petition, and his case, are **DISMISSED**. Pursuant to 28 U.S.C. §1915(a)(3), the Court certifies that an appeal *in forma pauperis* from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: May 3, 2006**